IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JESSICA BERG AND ROBERT BERG,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13-cv-997 |
| | § | |
| **BANK OF AMERICA, N.A.,** | § | |
| Defendants. | § | |

## COMPOSITE EXHIBIT "A"
## INDEX OF THE STATE COURT FILE

**EXHIBIT**       **DOCUMENT/DESCRIPTION**       **DATE**

**"A-1"**----- Docket Sheet

**"A-2"**----- Plaintiff's Original Petition and Application For
       Temporary Restraining Order ........................................................November 7, 2012

**"A-3"**----- Plaintiff's First Amended Original Petition and Application For
       Temporary Restraining Order ........................................................November 27, 2012

**"A-4"**----- Temporary Restraining Order ......................................................November 27, 2012

**"A-5"**----- Plaintiffs' Notice of Partial Nonsuit ............................................November 11, 2013

**"A-6"**----- Plaintiff's Original Petition and Application For
       Temporary Restraining Order ........................................................November 14, 2013

**"A-7"**----- Defendant's Original Answer and Affirmative Defenses ............December 16, 2013