

# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

| Civil - Case and Transaction Information | 12/18/13 11:11 AM |
|---|---|
| Cause Number: 236-262967-12 | Date Filed: 11-27-2012 |

JESSICA BERG, ET AL          | VS |          BANK OF AMERICA, N.A., ET AL

Cause of Action: OTHER CIVIL, TEMP RESTRAINING ORDER/INJUNCTION
Case Status: PENDING

| File Mark | Description | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|
| 11-27-2012 | PLTF ORIG PETITION | N I | 249.00 | |
| 11-27-2012 | COURT COST (PAID) trans #1 | Y | | 249.00 |
| 11-27-2012 | INFORMATION SHEET | | | 0.00 |
| 11-27-2012 | PLTFS' 1ST AMD ORIG PET/APPL FOR TEMP REST ORDER | I | | 0.00 |
| 11-27-2012 | Citation-ISSUED ON BANK OF AMERICA NA-On 12/04/2012 | N  Svc | 8.00 | |
| 11-27-2012 | Citation-ISSUED ON BARRETT DAFFIN FRAPPIER TURNER & ENGEL L-On 12/04/2012 | N  Svc | 8.00 | |
| 11-27-2012 | COURT COST (PAID) trans #6 | Y | | 8.00 |
| 11-27-2012 | COURT COST (PAID) trans #5 | Y | | 8.00 |
| 11-27-2012 | T.R.O.-ISSUED ON BANK OF AMERICA NA. H/R 12/11/2012 - 2:00-On 12/04/2012 | N  Svc | 8.00 | |
| 11-27-2012 | COURT COST (PAID) trans #9 | Y | | 8.00 |
| 11-27-2012 | *TEMP RESTRAINING ORDR - HRG 12/11/12 @ 2:00PM* | I M | | 0.00 |
| 11-28-2012 | CASH BOND --CASH | Y | | 1,000.00 |
| 11-29-2012 | Trust Investment | Y | | -1,000.00 |
| 11-11-2013 | NOT OF NONSUIT AS TO BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP ONLY | I M | | 0.00 |
| 11-14-2013 | PLTFS 1ST AMND PET & APPL FOR TEMP RESTRAINING ORD | I | | 0.00 |
| 11-14-2013 | Citation-ISSUED ON BANK OF AMERICA NA-On 11/14/2013 | N  Svc | 8.00 | |
| 11-14-2013 | COURT COST (PAID) trans #16 | Y | | 8.00 |

EXHIBIT A-1

| 12-16-2013 | BANK OF AMERICA'S ORIG ANS & AFFIRMATIVE DEFENSES  I | 0.00 |

**District Clerk's Office**

Tim Curry Justice Center

401 West Belknap, Fort Worth, Texas 76196, Contact Us

Please send questions and comments regarding the District Clerk web site to District Clerk Webmaster