No. 236 262967 12

| | | |
|---|---|---|
| Jessica Berg and Robert Berg, | § | In the District Court |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Tarrant County, Texas |
| | § | |
| Bank of America, N. A., | § | |
| and | § | |
| Barrett Daffin Frappier Turner & Engel, | § | |
| LLP, | § | |
| *Defendants* | § | _231_ Judicial District |

## TEMPORARY RESTRAINING ORDER

The application of Jessica Berg and Robert Berg, Plaintiffs, for a Temporary Restraining Order came on to be heard ex parte on the date of signing of this Order. The said Plaintiffs appeared by attorney of record, the Court heard argument by such counsel, and the matter was taken under submission by the Court. The Court after due consideration finds and determines, having examined the verified complaint of the Plaintiffs, that the Plaintiffs are entitled to a temporary restraining order and that unless Defendant **Bank of America, N. A.** is immediately restrained from the commission of the acts hereinafter prohibited, such Defendant will commit such acts before notice of the hearing on temporary injunction can be served and a hearing had.

IT IS THEREFORE ORDERED that the Clerk of this Court issue a temporary restraining order restraining **Bank of America, N. A.,** and Defendant **Bank of America, N. A.** is hereby immediately restrained from:

1)   directly or indirectly threatening or effecting any trustee's sale or other foreclosure action, or any action seeking to taking possession of real property described as Lot 4, Block 3, VILLAGES OF FAIRFIELD, SECTION ONE, an Addition to the City

TEMPORARY RESTRAINING ORDER

EXHIBIT A.4
peebles.



Court's Minutes
Transaction #12R

COPIES TO: Brinkley
☐ IN PERSON or IN COURT   ☐ w/NOTICE
☐ VIA MAIL   ☐ w/NOTICE
☐ VIA FAX   ☐ w/NOTICE
☐ OTHER  11/28/12   ☐ w/NOTICE

of Arlington, Tarrant County, Texas, according to the map or plat thereof recorded

in Cabinet A, Slide 998, of the Plat Records of Tarrant County, Texas, and known locally

as 210 Chasemore Lane, Arlington, Texas 76018 (the "Property");

2)   pursuing any other activity to seek or effect a foreclosure as to the Property or an eviction

of Plaintiffs or the removal from the Property of any personal property of Plaintiffs;

3)   interfering in any way with the provision of utility services to the Property in Plaintiffs'

name and/or for the benefit of Plaintiffs;

4)   destroying, removing, or secreting documents and records related to the issues underlying

the claims, assertions and/or causes of action set forth in the above styled cause..

Defendant **Bank of America, N. A.** is ORDERED to communicate with any agent acting on its behalf,

and any peace officer or other officer of the State of Texas or any subdivision thereof, that they are

not to effect any action leading to or in any way effecting a foreclosure as to the Property, nor an eviction

of Plaintiff or of Plaintiff's property, or of other persons, from the Property.

This restraining order is effective immediately and shall continue in force and effect until further

order of this Court or until it expires by operation of law.

This order shall be binding on **Bank of America, N. A.,** Defendant; on its agents, servants

and employees; and on those persons in active concert or participation with them who receive actual

notice of this order by personal service or otherwise.

This Order shall not be effective unless and until Plaintiffs execute and file with the Clerk a

bond, in conformity with the law, in the amount of _One Thousand_ _____

DOLLARS ($ _1,000_ ).

IT IS FURTHER ORDERED that the Clerk shall issue notice to **Bank of America, N. A.**

and the same Defendant is hereby ORDERED to appear before this Court at 401 West Belknap Street

/ 200 East Weatherford Street, Fort Worth, Texas, on December _11_, 2012, at _2_ :_0 0_ o'clock

_p_-.m. The purpose of the hearing is to determine whether, during the pendency of this case:

      1.      the preceding temporary retraining order should be made a temporary injunction

              pending final hearing hereon;

      2.      the Court should make such other and further orders respecting the Property

              as may be deemed necessary and equitable.

SIGNED this _27_ day of November, 2012, at _3:30_ o'clock _p_.m.

 

 

**JUDGE PRESIDING**

 

Submitted by:

 

**Michael Brinkley**
SBN 03004300
BRINKLEY LAW PLLC
P. O. Box 820711, Ft. Worth, Texas 76182-0711
888.511.5854; metro 817.994.1188
fax 888.511.0946
m@michaelbrinkley.com
Attorney for Plaintiffs