No. 236-262967-12

| | | |
|---|---|---|
| Jessica Berg and Robert Berg, *Plaintiffs*, | § § § | In the District Court |
| v. | § § § | Tarrant County, Texas |
| Bank of America, N. A., *Defendant* | § § § | 236th Judicial District |

## PLAINTIFFS' NOTICE OF PARTIAL NONSUIT

To the Honorable Judge of Said Court:

Jessica Berg and Robert Berg, Plaintiffs, take a nonsuit of all their claims against Barrett Daffin Frappier Turner & Engel, LLP, effective on the filing of this Notice.

Respectfully submitted,

*/s/ Michael Brinkley*
Michael Brinkley
SBN 03004300
BRINKLEY LAW PLLC
P. O. Box 820711
Fort Worth, Texas 76182-0711
(817) 589-7111 metro
(817) 284-3535 local
(888) 511-5854; fax (888) 511-0946
m@michaelbrinkley.com
Attorney for Plaintiffs

FILED TARRANT COUNTY 2013 NOV 11 PM 2:36 THOMAS A. WILDER DISTRICT CLERK

COURT TRANS

**EXHIBIT** A-5