# United States District Court
## Northern District of Texas
## Fort Worth Division

## Supplemental Civil Cover Sheet For Cases Removed
## From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office.  Additional sheets may be used as necessary.**

1.      **State Court Information**:

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| 236th Judicial District Court | 236-262967-12 |
| Tarrant County, Texas | |

2.      **Style of the Case:**

*Jessica Berg and Robert Berg v. Bank  of America, N.A*

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

**Party and Party Type**

**Plaintiffs:**

Jessica Berg and Robert Berg

**Attorney(s):**
Michael Brinkley
State Bar No. 03004300
Michael@brinkleypllc.com
PO Box 820711
Fort Worth, Texas 76182-0711
Telephone: (817) 284-3535
Fax: (888) 511-0946

**Defendant:**

Bank of America, N.A.

**Attorney(s):**
R. Dwayne Danner – Lead Attorney
State Bar No. 00792443
ddanner@mcglinchey.com
Lorin M. Subar
State Bar No. 19456800
lsubar@mcglinchey.com

**McGlinchey Stafford, PLLC**
2711 North Haskell Ave.
Suite 2750, LB 38
Telephone:  (214) 445-2445
Facsimile: (214) 445-2450

3.      **Jury Demand:**

Was a Jury Demand made in State Court?          No.

4.      **Answer:**

Was an Answer made in State Court?          Yes.

If "*Yes*," by which party and on what date?   Defendant Bank of America, N.A. on December 16,  2013

5.      **Unserved Parties:**

The following parties have not been served at the time this case was removed:

**Party**                                         **Reason(s) for No Service**
None.

6.      **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

**Party**                                         **Reason**
None.

7.      **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| **Party** | **Claim(s)** |
|---|---|
| **Plaintiff:**<br>Jessica Berg and Robert Berg | Plaintiffs' claims (1) violations of the Texas Debt Collection Act; (2) violations of the Texas Property Code; (3) breach of contract; and (4) wrongful foreclosure |
| **Defendants:**<br>Bank of America, N.A | Contends Plaintiffs' claims are without merit. |